UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:
RAMIRO RAUL JIMENEZ and
JENNIFER KATHLEEN JIMENEZ,

                Debtors.
_____/

Case No. 23-00792
Chapter 7
Hon. James W. Boyd
Date of Filing: 04/06/2023

JENNIFER KATHLEEN JIMENEZ,

                Plaintiff,

v

U.S. DEPARTMENT OF EDUCATION,

                Defendant.
_____/

Adv. Pro. No. 23-80050

**PLAINTIFF'S NOTICE TO DISMISS ADVERSARY
PROCEEDING PURSUANT TO F. R. CIV. P. RULE 41(a)(1)(A)(i)**

NOW COMES Jennifer K. Jimenez, Plaintiff in this adversary proceeding, through her Attorney, Michael P. Corcoran, hereby Dismisses this Adversary Proceeding.

WHEREFORE, pursuant to F. R. Civ. P. Rule 41(a)(1)(A)(i) of the Bankruptcy Rules, the Plaintiff hereby gives Notice of the Dismissal of this Adversary Proceeding.

March 6, 2024
Date

/s/ Michael P. Corcoran
Michael P. Corcoran
Attorney for Plaintiff
617 West Front Street
Traverse City, MI 49684
(231) 929-7000
2corm@charter.net